

| | |
|---|---|
| | **U.S. Department of Justice** |
| | *United States Attorney*<br>*Eastern District of New York* |
| EDP<br>F. #2018R00784 | *271 Cadman Plaza East*<br>*Brooklyn, New York 11201* |

December 12, 2025

<u>By ECF</u>

The Honorable Rachel P. Kovner
United States District Judge
225 Cadman Plaza East
Brooklyn, NY 11201

        Re: <u>United States v. Walter Stanzione et al, 23-CR-482</u>

Dear Judge Kovner:

        The government writes on behalf of both itself and defendants Walter Stanzione and William Neogra (collectively, "the Parties") to respectfully propose the following Order of Restitution upon the consent of the Parties. 18 U.S.C. § 3663(A)(3) ("The court may also order restitution in any criminal case to the extent agreed to by the parties in a plea agreement."). The Parties jointly recommend that the Court Order that the defendants each separately pay $250,000 in restitution, which would due individually and not joint and severally, for a collective total of $500,000. The prosecution team has conveyed this proposal to the New York City agency victims and has not received any objections.

        The Parties further respectfully request that the restitution payments come due upon the defendants' release from the incarceratory portion of their sentences. Defense counsel also asks that the Court waive the requirement that the defendants pay interest on restitution

based on their inability to pay, pursuant to 18 U.S.C. § 3612(f)(3)(A); the government does not object to this request.

          Respectfully submitted,

          JOSEPH NOCELLA, JR.
          United States Attorney

By: \_\_\_\_\_/s/_____
          Erik D. Paulsen
          Assistant U.S. Attorney
          (718) 254-6135

CC:   Clerk of Court (by ECF)
       Donna Newman, Esq.
       John Kaley, Esq.
       Ken Womble, Esq.
       Clara Kalhous, Esq.